UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NASDI, LLC, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. |
| | : | |
| FOSS MARITIME COMPANY, | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |

## COMPLAINT

The plaintiff, NASDI, LLC (the "NASDI"), with knowledge as to its own acts and upon information and belief as to all other matters, hereby alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. NASDI is a limited liability company formed in accordance with the laws of the State of Delaware, with a place of business located within the Commonwealth of Massachusetts at 1365 Main Street, Waltham.

2. The defendant, Foss Maritime Company ("Foss"), is a corporation formed in accordance with the laws of the State of Washington, with a place of business located within the Commonwealth of Massachusetts at 40 Beach Street, Manchester, Massachusetts.

3. NASDI performs demolition and other construction related services, including marine demolition and deconstruction work.

4. Foss provides maritime transportation and related marine services, and has operations along and within northeast regional ports. Foss conducts extensive business within the Commonwealth of Massachusetts, and the specific acts and omissions of Foss as alleged herein arose out of its contacts in the Commonwealth.

5. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction over these parties and this cause of action pursuant to admiralty and maritime jurisdiction of the United States Courts, 28 U.S.C. § 1333.

6. Venue lies in the District of Massachusetts pursuant to 28 U.S.C. §1391(b).

## STATEMENT OF FACTS COMMON TO ALL COUNTS

7. NASDI was engaged to perform bridge demolition services on the Memorial Bridge in Portsmouth, New Hampshire (the "Project").

8. To carry out its bridge demolition services, NASDI leased a Manitowoc 4600 Series "Ringer" crane and Excalibur barge from Sterling Equipment, Inc. ("Sterling") pursuant to a certain demise charter agreement.

9. The barge and crane were to be transported from their location in or around Boston to the Project site in New Hampshire. Sterling contracted directly with Foss for towage of the barge and crane from Boston to Portsmouth, New Hampshire. Foss owned and operated the tugboat used for the transport.

10. On or about March 5, 2012, while Foss performed the towage of the barge and crane, Foss negligently damaged the crane and/or ring upon which the crane was seated. The negligent acts and omissions of Foss occurred on navigable waters and was directly related to traditional maritime activity.

11. NASDI was not involved in the tow or tying down of the crane, and NASDI did not cause any of the damage.

12. To mitigate the losses NASDI sustained due to Foss's negligent damaging of the crane, NASDI was obligated to assist in the repair of the crane ring at substantial cost to NASDI.

## COUNT ONE
### Negligence

13. NASDI hereby incorporates paragraphs 1-11.

14. Foss owed a duty to NASDI to exercise such reasonable care and maritime skill as a prudent navigator would employ for the performance of similar services.

15. Foss breached its duty to exercise appropriate care under the circumstances by negligently causing damage to the crane and/or ring upon which the crane was seated, thereby causing property damage, and loss and damages sustained by NASDI.

16. The property damage, and loss and damages sustained by NASDI, was proximately caused by the negligence of Foss.

17. As a direct result of Foss' negligence, NASDI sustained damages in an amount to be determined at trial.

WHEREFORE, NASDI requests that judgment enter in its favor as to all claims and Counts herein, and that it be awarded all damages to which it is entitled, plus costs, attorneys' fees and interest, and any such additional relief which this Court may deem as just and proper.

## JURY DEMAND

NASDI hereby demands a trial by jury on all issues and claims so triable.

        NASDI, LLC

        /s/ Rory Z. Fazendeiro
        William F. Burke (BBO# 065780)
        Rory Z. Fazendeiro (BBO# 648334)
        ADLER POLLOCK & SHEEHAN P.C.
        175 Federal Street
        Boston, Massachusetts 02110
        (617) 482-0600 (t)
        (617)482-0604 (f)
        wburke@apslaw.com (e)
        rfazendeiro@apslaw.com (e)